JOHN R. O'BRIEN AND O'BRIEN FUNERAL HOME, INC.
v. JOHN M. O'BRIEN.

December 6, 1982.

Petition for certification denied.

OLGA ALVARADO v. E.W. BLISS COMPANY.

December 6, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY JAMES JASPER.

December 6, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY WILSON.

December 6, 1982.

Petition for certification denied.